NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICARDO ESPILDORA, )
)
        Appellant, )
)
v. )   Case No. 2D17-2962
)
STATE OF FLORIDA, )
)
        Appellee. )
_____)

Opinion filed March 29, 2019.

Appeal from the Circuit Court for
Highlands County; Peter F. Estrada,
Judge.

Harold D. Thompson of DeNovo Law,
P.A., Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA and MORRIS and BLACK, JJ., Concur.